# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00223-CV

### In re The State of Texas, ex rel. Jennifer A. Tharp

## ORIGINAL PROCEEDING FROM THE DISTRICT COURT OF COMAL COUNTY

## O R D E R

**PER CURIAM**

Relator State of Texas, through Jennifer A. Tharp, the Criminal District Attorney of Comal County, has filed a petition for writ of mandamus and a motion for temporary stay. *See* Tex. R. App. P. 52.8, 52.10. We grant the motion for temporary relief and stay all proceedings, pending further order of this Court. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before April 17, 2015. The Court further requests that any response filed by respondent, the Honorable Charles A. Stephens, II, also be filed on or before April 17, 2015.

It is ordered April 15, 2015.

Before Justices Puryear, Pemberton, and Bourland